UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD EUGENE GATES )
P.O. Box 51926 )
Knoxville, TN 37950 )
 )
       Plaintiff, )
 )
v. ) Civil Action No.
 )
DISTRICT OF COLUMBIA )
a municipal corporation )
1350 Pennsylvania Ave., N.W. )
Suite #419 )
Washington, D.C. 20004 )
 )
   Serve: )
   Mayor Adrian Fenty )
   1350 Pennsylvania Ave., N.W. )
   Suite 316 )
   Washington, D.C. 20004 )
 )
   and )
 )
   Peter Nickles )
   Attorney General )
   One Judiciary Square )
   441 4th Street, N.W. )
 )
RETIRED METROPOLITAN POLICE )
DETECTIVE RONALD S. TAYLOR )
14311 Marquis Road )
Unionville, Virginia 22567-2613 )
 )
RETIRED METROPOLITAN POLICE )
DETECTIVE NORMAN BROOKS )
8803 Shannan Drive )
Clinton, Maryland 20735-2450 )
 )
RETIRED METROPOLITAN POLICE )
LIEUTENANT JOHN HARLOW )
3558 Highway 41 S 65 )
Fork, South Carolina 29543-6055 )

|   |   |
|---|---|
| GERALD M. SMITH a/k/a "BEAR"<br>3018 Kramer Street<br>Silver Spring, Maryland 20902-2211<br><br>and<br><br>METROPOLITAN POLICE OFFICERS<br>JOHN AND JANE DOES ##1-10<br>addresses unknown<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, the District of Columbia and Retired Metropolitan Police Detective Norman Brooks (Defendants), by and through counsel, respectfully remove to this Honorable Court the above action from the Superior Court of the District of Columbia (Case Number 2010 CA 009643 B; filed on December 10, 2010). The grounds for removal are as follows:

1. The Plaintiff, Donald Eugene Gates, has filed an action against the District of Columbia, Retired Metropolitan Police Detective Ronald S. Taylor, Retired Metropolitan Police Detective Norman Brooks, Retired Metropolitan Police Lieutenant John Harlow, Gerald M. Smith a/k/a "Bear", and Metropolitan Police Officers John and Jane Does ##1-10, in the Superior Court for the District of Columbia, Civil Division, Case Number 2010 CA 009643 B, asserting a claim under 42 U.S.C. § 1983 for a violation of the Plaintiff's Fifth and Fourteenth Amendment[1] rights secured by the United States Constitution, while acting under color of law. *See* Complaint, attached hereto as Exhibit 1.

---

[1] The Fourteenth Amendment is inapplicable to the District of Columbia. *Bolling v. Sharpe*, 347 U.S. 497 (1954).

2. This action is removable to this Court because of the existence of a federal question raised by Plaintiff's Complaint. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. 28 U.S.C. § 1441(b). In Count II of the Plaintiff's Complaint, he alleges Fifth and Fourteenth Amendment deprivations of liberty without due process of law and denial of a fair trial through the fabrication of evidence, the withholding of material exculpatory and impeachment evidence, and the use of unduly suggestive identification procedures and/or direct suggestion. In Counts III and IV of the Plaintiff's Complaint, he alleges additional due process violations enforceable under 42 U.S.C. § 1983, based upon the police detectives' alleged failure to intercede and prevent violations by the others, and based upon the police detectives' alleged conspiracy to violate the Plaintiff's Fifth and Fourteenth Amendment rights. In Count V of the Complaint, the Plaintiff seeks to hold the District of Columbia liable for the detectives' alleged violations based upon an unconstitutional custom or policy and for the District's alleged failure to supervise and train the detectives.

3. Defendant District of Columbia was purportedly served with the Complaint on December 15, 2010. *See* Exhibit 2. Pursuant to 28 U.S.C. § 1446(b), Defendant District of Columbia must file a notice of removal by January 14, 2011. Defendant Retired Metropolitan Police Detective Norman Brooks was purportedly also served with the Complaint December 15, 2010, although the return is not on file with the Court. He must file a notice of removal by January 14, 2011. Because these purportedly served defendants consent to removal, this removal is timely and proper.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit 3.

**DATED: January 4, 2011**                Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/   Kimberly Matthews Johnson     [D.C.]
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I

/s/ Wayne C. Beyer
WAYNE C. BEYER [452245]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 Floor South
Washington, D.C. 20001
Direct Line: (202) 442-9891
Facsimile: (202) 730-0637
E-mail: wayne.beyer@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4 day of January, 2011, a copy of the foregoing Notice of Removal was mailed via first class mail, postage prepaid, to:

Jeffrey S. Gutman
2000 G Street, N.W.
Washington, D.C. 20052

and

Peter J. Neufeld
Nick Brustin
Amos Blackman
Neufeld, Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

*Attorneys for Plaintiff*

/s/ Wayne C. Beyer
WAYNE C. BEYER
Assistant Attorney General