UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONALD EUGENE GATES | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-0040 (RWR) |
| THE DISTRICT OF COLUMBIA, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATIONS

Plaintiff Donald Gates and Defendant District of Columbia, by undersigned counsel, hereby stipulate and agree that the following facts are true:

1. At the time of the incidents involved in this case, Defendants Ronald Taylor, Norman Brooks, and John Harlow, were acting in their official capacity as Metropolitan Police Department officers and were acting under color of state law.

2. Donald Gates is actually innocent of the rape and murder of Ms. Schilling.

3. On June 22, 1981, at approximately 9:30 p.m., 21-year-old Catherine Schilling left the Watergate offices where she worked as a paralegal at a law firm.

4. The next day, Ms. Schilling's body was discovered in Rock Creek Park, within approximately 100 yards from the Watergate. She had been shot five times in the head from close range. Her body was nude, and "[s]emen was found oozing from her vagina." No semen or sperm cells were detected on her underwear, which lay on the ground nearby.

5. A rape kit was taken, which included taking swabs of Ms. Schilling's vaginal area. "Large numbers" of sperm were found on the vaginal swabs.

6. On November 10, 1981, Mr. Gates was charged with the rape and murder of Ms. Schilling. He was prosecuted for those crimes at a trial in September 1982, and found guilty on September 16, 1982. On November 4, 1982, he was sentenced to twenty years to life in prison.

1

7.  In 2009, DNA testing on the semen collected from Ms. Schilling's body revealed that the semen had been deposited by one man, and that man was not Mr. Gates. The DNA testing conclusively proved that Mr. Gates was excluded as the source of the semen.

8.  As a result of the DNA testing excluding Mr. Gates as the source of the semen deposited in Ms. Schilling, on December 18, 2009, Donald Gates's convictions were vacated and the indictment against him was dismissed with prejudice on the basis of actual innocence. He was subsequently awarded a Certificate of Actual Innocence, on the basis that Mr. Gates had "conclusively demonstrated that he was actually innocent of the crimes for which he had been convicted."

9.  The Metropolitan Police Department's homicide file and the United States Attorney's file compiled in 1981 and 1982 on the rape and murder of Catherine Schilling and the investigation and prosecution of Donald E. Gates for those crimes are missing and cannot be located, with the exception of some evidence handling reports.

10. The transcript of Mr. Gates' 1982 criminal trial, which was not in the possession of the District of Columbia government, is missing and cannot be located, with the exception of a transcript of the sentencing hearing.

11. In 2013, the man who was the source of the semen in Ms. Schilling was finally identified, through DNA comparison. He passed away on January 11, 2012.

12. Plaintiff's Exhibit 12 is a photograph of the man identified through DNA as the source of the semen in Ms. Schilling.

13. Mr. Gates' convictions for felony murder while armed, rape while armed and carrying a pistol without a license have been reversed or set aside on the ground that he is not guilty of the offenses of which he was convicted.

14. Mr. Gates did not commit any of the acts charged against him in connection with the rape and murder, while armed, of Ms. Schilling.

Date:  October 22, 2015

Respectfully Submitted,

/s/ Jeffrey S. Gutman__
Jeffrey S. Gutman.
D.C. Bar No. 416954
2000 G Street, NW
Washington DC, 20052
(202) 994-5797 (phone)
(202) 994-4693 (fax)

/s/ Peter J. Neufeld_____
Peter J. Neufeld

2

Nick Brustin
Alexandra Lampert
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

JONATHAN H. PITTMAN
Acting Assistant Deputy Attorney General, Civil Litigation Division

*/s/ Shana L. Frost*
SHANA L. FROST [458021]
Acting Chief, Civil Litigation Division Section III
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
shana.frost@dc.gov

/s/ *Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Robert.deberardinis@dc.gov

/s/ *Joseph A. González*
JOSEPH A. GONZÁLEZ
Assistant Attorney General
D.C. Bar No. 995057
441-4th Street, N.W., Sixth Floor South
Washington, D.C. 20001-2714
202-724-5692 (direct)
joseph.gonzalez@dc.gov

*Counsel for District of Columbia, Ronald Taylor, Norman Brooks and John Harlow*

3