UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD EUGENE GATES

Plaintiff

vs.  Case Number: CA 11-0040 (RWR)

THE DISTRICT OF COLUMBIA, et al.

Defendant

## Jury Note

The jury has concluded deliberations and documented findings on the Verdict Form

11/18/15
DATE

FOREPERSON

11:40am
TIME