UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
DONALD EUGENE GATES,                )
                                    )
              Plaintiff.            )
                                    )
              v.                    ) Civil Action No. 11-40 (RWR)
                                    )
DISTRICT OF COLUMBIA, et al.,       )
                                    )
              Defendants.           )
_____)
```

## JURY VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND BY A PREPONDERANCE OF EVIDENCE AS
FOLLOWS:

I.   Unconstitutional Deprivation of Liberty without Due Process
     and the Right to a Fair Trial

     A.   For each of the following defendants, did the
          defendant deny plaintiff Donald Gates his
          constitutional rights to due process and right to a
          fair trial by fabricating evidence?

          Ronald Taylor       Yes: __X___   No: _____

          Norman Brooks       Yes: _____  No: __X___

          John Harlow         Yes: _____  No: __X___

B.  For each of the following defendants, did the defendant deny Mr. Gates his constitutional rights to due process and right to a fair trial by withholding material exculpatory or impeachment evidence?

Ronald Taylor        Yes: __X__   No: _____

Norman Brooks        Yes: __X__   No: _____

John Harlow          Yes: _____   No: __X__

If you answered in question B above "No" as to all defendants, proceed to question II below.  If you answered in question B above "Yes" as to any defendant, did that defendant withhold evidence of Investigator Hennessey's comment about Smith's reliability?

Ronald Taylor        Yes: __X__   No: _____

Norman Brooks        Yes: _____   No: __X__

John Harlow          Yes: _____   No: _____

II.  Failure to Intercede

For each of the following defendants, did the defendant knowingly fail to intercede when another officer was violating Mr. Gates' constitutional rights?

Ronald Taylor        Yes: __X__   No: _____

Norman Brooks        Yes: __X__   No: _____

John Harlow          Yes: _____   No: __X__

III.  Conspiracy

For each of the following defendants, did the defendant conspire with one or more other people to deprive Mr. Gates of his constitutional rights to due process and a fair trial?

Ronald Taylor        Yes: __X__   No: _____

Norman Brooks        Yes: __X__   No: _____

John Harlow          Yes: _____   No: __X__

SO SAY WE ALL,

11/18/15
_____
Date

Foreperson