UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DONALD EUGENE GATES,           )
                               )
            Plaintiff.         )
                               )
            v.                 ) Civil Action No. 11-40 (RWR)
                               )
DISTRICT OF COLUMBIA, et al., )
                               )
            Defendants.        )
_____)
```

## JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND BY A PREPONDERANCE OF EVIDENCE AS FOLLOWS:**

I.   Unconstitutional Deprivation of Liberty without Due Process and the Right to a Fair Trial

    A.   For each of the following defendants, did the defendant deny plaintiff Donald Gates his constitutional rights to due process and right to a fair trial by fabricating evidence?

        Ronald Taylor    Yes: __X__  No: _____

        Norman Brooks    Yes: _____  No: __X__

        John Harlow     Yes: _____  No: __X__

B.   For each of the following defendants, did the
     defendant deny Mr. Gates his constitutional rights to
     due process and right to a fair trial by withholding
     material exculpatory or impeachment evidence?

Ronald Taylor       Yes: __X__  No: _____

Norman Brooks       Yes: __X__  No: _____

John Harlow         Yes: _____  No: __X__

     If you answered in question B above "No" as to all defendants,
proceed to question II below.  If you answered in question B above
"Yes" as to any defendant, did that defendant withhold evidence of
Investigator Hennessey's comment about Smith's reliability?

Ronald Taylor       Yes: __X__  No: _____

Norman Brooks       Yes: _____  No: __X__

John Harlow         Yes: _____  No: _____

## II.  Failure to Intercede

     For each of the following defendants, did the defendant
knowingly fail to intercede when another officer was violating
Mr. Gates' constitutional rights?

Ronald Taylor       Yes: __X__  No: _____

Norman Brooks       Yes: __X__  No: _____

John Harlow         Yes: _____  No: __X__

## III. Conspiracy

     For each of the following defendants, did the defendant
conspire with one or more other people to deprive Mr. Gates of
his constitutional rights to due process and a fair trial?

Ronald Taylor       Yes: __X__  No: _____

Norman Brooks       Yes: __X__  No: _____

John Harlow         Yes: _____  No: __X__

- 3 -

SO SAY WE ALL,

11/18/15
_____
Date

Foreperson