UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD GATES,           )
                        )
        Plaintiff.      )
                        )
        v.              ) Civil Action No. 11-40 (RWR)
                        )
DISTRICT OF COLUMBIA,   )
et al.,                 )
                        )
        Defendants.     )
                        )

### SHOW CAUSE ORDER

On November 19, 2015, the parties filed a notice of settlement in this case, in which they stated that they would "file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." Joint Notice of Settlement, ECF No. 171, at 1. The parties have not filed this joint stipulation. Accordingly it is hereby

ORDERED that the parties have until March 16, 2016 to show cause in writing why this case should not be dismissed with prejudice.

SIGNED this 24th day of February, 2016.

/s/
_____
RICHARD W. ROBERTS
Chief Judge