# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONALD EUGENE GATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-0040 (RWR) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al*. | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants hereby stipulate that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party will bear its own costs.

Dated: March 1, 2016                                   Respectfully Submitted,

/s/ Jeffrey S. Gutman_____
Jeffrey S. Gutman
D.C. Bar No. 416954
2000 G Street, NW
Washington, DC 20052
(202) 994-7463 (phone)
(202) 994-4693 (fax)

/s/ Alexandra Lampert_____
Peter J. Neufeld
Nick Brustin
Alexandra Lampert
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

JONATHAN H. PITTMAN
Acting Assistant Deputy Attorney General, Civil Litigation Division

/s/  *Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Robert.deberardinis@dc.gov

/s/ *Joseph A. González*
JOSEPH A. GONZÁLEZ
Assistant Attorney General
D.C. Bar No. 995057
441-4th Street, N.W., Sixth Floor South
Washington, D.C.  20001-2714
202-724-5692 (direct)
joseph.gonzalez@dc.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I, Alexandra Lampert, an attorney, hereby certify that a true and accurate copy of the foregoing *Stipulation of Dismissal with Prejudice* was served *via* ECF on March 1, 2016 upon all parties who have appeared.

      /s/ Alexandra Lampert
      Alexandra Lampert